PEOPLE, Respondent, v. BALDERSTON, Appellant. (Supreme Court, Appellate Divi-

sion, Fourth Department. November 25, 1908.) Proceedings by the people of the state of New York against William Balderston.

PER CURIAM. Judgment of conviction reversed, and new trial ordered, upon the ground that the trial court committed error in the admission of evidence.

McLENNAN, P. J., and ROBSON, J., dissent.